UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TANYA BEALS, GERALD BEALS, JR., and JOSE GRULLON,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, L.P.,<br><br>*Defendants*. | Civil Action No. 2:10-cv-05427 KSH-PS |

**STIPULATION OF DISMISSAL OF DEFENDANTS' COUNTERCLAIMS AGAINST TANYA AND GERALD BEALS ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through undersigned counsel, hereby stipulate and agree that the Defendants' Counterclaims as against Gerald and Tanya Beals **only**, are dismissed WITH PREJUDICE, with the parties to bear their own costs and attorneys fees.

SUBMITTED BY CONSENT OF COUNSEL:

| **TOMPKINS, MCGUIRE, WACHENFELD & BARRY, LLP** <br> Attorneys for Defendants | **FRISCIA & ASSOCIATES, LLC** <br> Attorneys for Plaintiffs |
|---|---|
| By: */s/ Marc C. Pakrul* <br> _____ <br> Marc C. Pakrul, Esq. <br> A Member of the Firm <br> 100 Mulberry Street <br> Newark, New Jersey 07102 <br> Tel:  (973) 622-3000 <br> Facsimile:  (973) 623-7780 <br>        -and- <br> Richard Cullen <br> J. William Boland <br> Bryan A. Fratkin <br> Brian E. Pumphrey <br> McGuireWoods LLP <br> One James Center <br> 901 East Cary Street <br> Richmond, Virginia 23219 <br> Tel:  (804) 775-1000 <br> Facsimile: (804) 775-1061 <br><br> Bradley R. Kutrow <br> McGuireWoods LLP <br> Bank of America Corporate Center <br> 100 North Tryon Street, Suite 2900 <br> Charlotte, North Carolina 28202-4011 <br> Tel: (704) 343-2049 <br> Facsimile:  (704)373-8935 <br><br> Dated:  February 1, 2012 | By:  */s/ Jonathan Minkove* <br> _____ <br> Jonathan Minkove <br> A Member of the Firm <br> 17 Academy Street <br> Penthouse <br> Newark, New Jersey 07102 <br> Tel:  (973) 500-8024 <br> Facsimile:  (888) 809-3747 <br>        -and- <br> Charles LaDuca, Esquire <br> Alexandra C. Warren, Esquire <br> Cuneo Gilbert & LaDuca, LLP <br> 507 C Street, NE <br> Washington, DC 20002 <br> Tel:  (202) 789-3960 <br> Facsimile:  (202) 789-1813 <br><br> David I. Greenberger, Esquire <br> Matthew J. McDonald, Esquire <br> Liddle & Robinson, LLP <br> 800 3rd Avenue, 8th Floor <br> New York, New York 10022 <br> Tel: (212) 687-8500 <br> Facsimile: (212) 687-1505 <br><br> Dated:  February 1, 2012 |