UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TANYA BEALS, GERALD BEALS, JR., and JOSE GRULLON,<br><br>*Plaintiffs,*<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, L.P.,<br><br>*Defendants.* | Civil Action No. 2:10-cv-05427 KSH-PS |

**STIPULATION OF DISMISSAL OF
PLAINTIFFS TANYA BEALS AND GERALD BEALS, JR. ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through undersigned counsel, hereby stipulate and agree that the claims of Plaintiffs Tanya Beals and Gerald Beals, Jr. **only**, are dismissed WITH PREJUDICE, with the parties to bear their own costs and attorneys' fees.

It is further stipulated and agreed that the caption in this matter shall now read: *"Jose Grullon, on behalf of himself and all others similarly situated, v. Bank of America, N.A., BAC Home Loans Services, L.P."*

~~HON. PATTY SHWARTZ, U.S.M.J.~~
HON. KATHARINE S. HAYDEN, U.S.D.J.
JULY 23, 2012

SUBMITTED BY CONSENT OF COUNSEL:

| | |
|---|---|
| **TOMPKINS, MCGUIRE, WACHENFELD & BARRY, LLP**<br>Attorneys for Defendants | **FRISCIA & ASSOCIATES, LLC**<br>Attorneys for Plaintiffs |
| By: */s/ Marc C. Pakrul* | By: */s/ Jonathan Minkove* |
| Marc C. Pakrul, Esq.<br>A Member of the Firm<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Tel: (973) 622-3000<br>Facsimile: (973) 623-7780<br>　-and-<br>Richard Cullen<br>J. William Boland<br>Bryan A. Fratkin<br>Brian E. Pumphrey<br>McGuireWoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219<br>Tel: (804) 775-1000<br>Facsimile: (804) 775-1061<br><br>Bradley R. Kutrow<br>McGuireWoods LLP<br>Bank of America Corporate Center<br>100 North Tryon Street, Suite 2900<br>Charlotte, North Carolina 28202-4011<br>Tel: (704) 343-2049<br>Facsimile: (704)373-8935<br><br>Dated: July 19, 2012 | Jonathan Minkove<br>A Member of the Firm<br>45 Academy Street<br>Suite 401<br>Newark, New Jersey 07102<br>Tel: (973) 500-8024<br>Facsimile: (888) 809-3747<br>　-and-<br>Lawrence J. Friscia<br>Friscia and Associates, LLC<br>45 Academy Street<br>Suite 401<br>Newark, New Jersey 07102<br>Tel: (973)500-8024<br>Facsimile: (888)809-3747<br>　-and-<br>Jonathan W. Cuneo<br>Charles LaDuca, Esquire<br>Jennifer E. Kelly<br>Brendan Thompson<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street, NE<br>Washington, DC 20002<br>Tel: (202) 789-3960<br>Facsimile: (202) 789-1813<br><br>Alexandra C. Warren, Esquire<br>Cuneo Gilbert & LaDuca, LLP<br>106-A South Columbus Street<br>Alexandria, VA 22314<br>Tel: (202)789-3960<br>Fax: (202)789-1813<br><br>David I. Greenberger, Esquire<br>Matthew J. McDonald, Esquire<br>Liddle & Robinson, LLP<br>800 3rd Avenue, 8th Floor<br>New York, New York 10022 |

Tel: (212) 687-8500
Facsimile: (212) 687-1505

J. Barton Goplerud
Hudson Mallaney Shindler &
    Anderson, P.C.
2015 Grand Ridge Drive, Ste. 100
West Des Moines, Iowa 50265
Tel: (515)223-4567
Fax: (515)223-8887

Jerry Crawford
Nick Mauro
Crawford Quilty & Mauro Law Firm
666 Grand Avenue, Suite 1701
Des Moines, Iowa 50309
Tel: (515)245-5420
Fax: (515)245-5421

Robert K. Shelquist
Lockridge Grindal Nauen P.L.L.P
100 Washington Avenue S
Suite 2200
Minneapolis, Minnesota 55401
Tel: (612)339-6900
Fax: (612)339-0981

Michael McShane
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Tel: (415)568-2555
Fax: (415)568-2556

Dated: July 19, 2012