# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE GRULLON, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br>BAC HOME LOANS SERVICES, L.P<br><br>Defendants. | Civ. Action No. 10-5427 (KSH) (PS)<br><br>**ORDER** |

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 28th day of March 2013, hereby

**ORDERED** that the Bank's motion for summary judgment [D.E. 204] is **granted**; and it is further

**ORDERED** that Grullon's motion for summary judgment [D.E. 210] and motion for class certification [D.E. 209] are **denied**.

/s /Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.